

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE: | § | No. 08-18-00102-CR |
| THE STATE OF TEXAS, | § | AN ORIGINAL PROCEEDING |
| RELATOR. | § | IN MANDAMUS |
|  | § |  |

## **J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable William E. Moody, Judge of the 34th District Court of El Paso, Texas and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus, in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 10TH DAY OF JULY, 2019.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.